IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  CR10-1051 TUC CKJ |
| | ) | |
| Vidal Robles-Torres, | ) | **O R D E R** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The District Court has reviewed the Findings and Recommendation of the Magistrate Judge, and no objections have been filed.  Therefore,

**IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's plea of guilty.

DATED this 3rd day of August, 2010.

_____
Cindy K. Jorgenson
United States District Judge